UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIFE INSURANCE COMPANY
OF THE SOUTHWEST, a
Texas insurance corporation,

    Plaintiff,                                 **CASE NO. 8:20-cv-00888-MSS-JSS**

v.

DAVID GREENBAUM and DEBBY RATH,
as Parents and natural guardians of R.G., a
minor; MARTY MELTON, in his individual
capacity and MARTY MELTON in his
capacity as the Personal Representative
of the Estate of Sandra Rostig, deceased,

    Defendants.
_____/

**MARTY MELTON'S MOTION TO COMPEL DISCOVERY
TO DAVID GREENBAUM AND MOTION TO EXTEND
DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS**

**Motion to Compel Discovery**

COMES NOW, Cross-Plaintiff, MARTY MELTON, individually and in his capacity as the Personal Representative of the Estate of Sandra Rostig ("MELTON"), by and through his undersigned attorneys, and files this his Motion to Compel Discovery to Cross-Defendant, DAVID GREENBAUM, as Parent and natural guardian of R.G., a minor ("GREENBAUM"), and Motion to Extend Discovery Deadline to Complete Depositions, and in support thereof would state:

1. On November 3, 2020, MELTON served GREENBAUM with a First Set of Interrogatories and a First Request for Production (Exh. 1 and 2, respectively). Responses to these initial discovery requests were due by December 3, 2020.

2. On November 30, 2020, this Honorable Court entered its Order, Staying the matter pending the appointment of the Personal Representative of SANDRA ROSTIG's Estate and the case was Administratively Closed (Doc. 53).

3. On December 2, 2020, counsel for Plaintiff, LIFE INSURANCE COMPANY OF THE SOUTHWEST ("LSW"), sent an email to all counsel, addressing the question of whether counsel wanted to agree whether or not the stay did not apply to pending discovery (Exh. 3). LSW requested an extension in that email to respond to discovery propounded upon LSW by MELTON, which was granted and LSW timely served MELTON with their discovery responses.

4. Counsel for GREENBAUM never responded to the email.

5. Letters of Administration, appointing MELTON as the Personal Representative of SANDRA ROSTIG's Estate were entered January 11, 2021, and a Joint Motion to Life Stay and Reopen Case was filed on February 4, 2021 (Doc. 54).

6. The Order Granting the Joint Motion, lifting the stay and reopening the case was entered on February 10, 2021 (Doc. 55).

7. MELTON noticed GREENBAUM's deposition for August 27, 2021, but at the deposition, it was noted that GREENBAUM had never submitted responses to MELTON's initial discovery requests, and counsel agreed to continue the deposition to a future date.

8. By September 7, 2021, no discovery responses had been served by GREENBAUM and MELTON's counsel sent a good faith letter, requesting the responses by October 8, 2021 (Exh. 4).

9. No responses were received by that deadline, and a second good faith letter was sent on October 13, 2021, providing a deadline of close of business on Friday, October 15, 2021, and advising that if no responses were received by that date, a Motion to Compel would be filed. To date, GREENBAUM has failed to respond to MELTON's initial discovery requests, and MELTON seeks a Court Order compelling his response to same. Given that GREENBAUM has had the subject discovery requests for more than eleven (11) months, MELTON respectfully requests an Order compelling GREENBAUM's responses within five (5) business days of the entry of the Order.

**Motion to Extend Discovery Deadline to Complete Depositions**

10. GREENBAUM served his First Amended Rule 26 Disclosure on August 2, 2021, identifying six fact witnesses not previously disclosed. Unfortunately, the new disclosures were made with insufficient time to complete them prior to the close of discovery pursuant to the Court's Amended Case Management and Scheduling Order (Doc. 64) that provided for a discovery deadline of August 30, 2021. The depositions of these witnesses are necessary to prepare MELTON's case for trial.

11. Additionally, MELTON needs to complete the deposition of GREENBAUM after receipt of his responses to MELTON's initial discovery requests in preparation for trial.

12. Trial of this matter is currently scheduled for the March 2022 Trial Term, which begins February 28, 2022.

13. MELTON respectfully requests the discovery deadline be extended through January 15, 2022, which will give the parties sufficient time to complete the depositions and still allow for sufficient time for the parties to prepare their Joint Final Pretrial Statement, which is due by January 31, 2022.

WHEREFORE, Cross-Plaintiff, MARTY MELTON, respectfully requests the Court enter an Order, (1) compelling DAVID GREENBAUM to respond to

MELTON's First Set of Interrogatories and First Request for Production within five (5) business days of the date of the Court's Order; (2) extending the discovery deadline through January 15, 2022, to provide the parties sufficient time to complete the depositions of GREENBAUM and the six (6) new fact witnesses disclosed in GREENBAUM's First Amended Rule 26 Disclosure; (3) and for such further relief as the Court deems appropriate.

    Respectfully submitted,

/s/ *Jeffrey A. Eisel*
Jeffrey A. Eisel, Esq.
Florida Bar No. 92365
BASKIN EISEL RIGHTMYER
Attorneys at Law
14020 Roosevelt Boulevard, Suite 808
Clearwater, FL  33762
Telephone: 727-572-4545
Facsimile:  727-572-4646
Primary Email Address:
jeisel@baskineisel.com
Secondary Email Addresses:
kathleen@baskineisel.com
eservice@baskineisel.com
Counsel for Counter-Plaintiff,
MARTY MELTON

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November  3 , 2021, I electronically filed the foregoing "*MARTY MELTON'S MOTION TO COMPEL DISCOVERY TO DAVID*

*GREENBAUM AND MOTION TO EXTEND DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS*" with the Clerk of Court by using the CM/ECF System, which will then send a notice of electronic filing to all counsel of record listed below:

>William J. Cook, Esq.
>Barker Cook
>501 E. Kennedy Blvd., Suite 1040
>Tampa, FL 33602
>wcook@barkercook.com
>susan@barkercook.com

/s/ *Jeffrey A. Eisel*
Jeffrey A. Eisel Esq.
BASKIN EISEL RIGHTMYER
Attorneys at Law