| | |
|---|---|
| **From:** | Brett Preston <brett.preston@hwhlaw.com> |
| **Sent:** | Wednesday, December 2, 2020 10:40 AM |
| **To:** | Jeff Eisel; William Cook |
| **Cc:** | Carolina Blanco |
| **Subject:** | RE: LSW v. Greenbaum [IWOV-FirmLive.FID1559655] |

Following up on this, please also let me know whether we want to all agree that the stay does not apply to pending discovery, or that it does.

If it does not, Jeff, may LSW have until December 11 to respond to your discovery?

Thanks.

Brett J. Preston
Litigation Shareholder and General Counsel
Hill, Ward & Henderson, P.A.
brett.preston@hwhlaw.com
Office: 813-227-8419
Cell: 813-504-6745

**EXHIBIT 3**