

# BASKIN EISEL RIGHTMYER
## ATTORNEYS AT LAW

Hamden H. Baskin, III
Jeffrey A. Eisel
Lee H. Rightmyer
Randall D. Baskin

Ellen Deutsch Taylor
"Of Counsel"

Paralegals:

Glenda J. Sasser,
ACP, FCP, FRP

Kathleen Niehaus,
FRP

Barbara Malatino,
FRP

Cara Kirkley,
ACP, FCP, FRP

September 7, 2021

*Via Email and U.S. Mail:*
*(wcook@barkercook.com; and*
*susan@barkercook.com)*

William J. Cook, Esq.
Barker Cook
501 E. Kennedy Blvd., Suite 1040
Tampa, FL 33602

Re:   LSW v. Greenbaum, et al.
      USDC MD Case No. 8:20-cv-888-T-35JSS

Dear Mr. Cook:

On November 3, 2020, we propounded our First Set of Interrogatories and First Request to Produce on your client, David Greenbaum. This would have put the responsive due date on or about December 3, 2020. As you are aware, there was an Order to Stay entered on November 30, 2020. This was entered pending the appointment of a Personal Representative for the Estate of Sandra Rostig which occurred in early 2021. On February 10, 2021, there was an Order entered to lift the stay and reopen case. As of this date, no written responses have been provided to our First Request to Produce and no Answers have been provided to our First Set of Interrogatories.

I believe we are in agreement that the discovery needs to be responded to by your client. Please advise when you will be able to provide written responses and responsive documents to our First Request to Produce along with the Answers to Interrogatories. We would request that all discoverable information be provided to us by close of business Friday, October 8, 2021.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Jeffrey A. Eisel

**EXHIBIT 4**

JAE/bs

www.BaskinEisel.com
14020 Roosevelt Boulevard | Suite 808 | Clearwater, Florida 33762 | p. 727.572.4545 | f. 727.572.4646