UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIFE INSURANCE COMPANY
OF THE SOUTHWEST, a
Texas insurance corporation,

    Plaintiff,                                  **CASE NO. 8:20-cv-00888-MSS-JSS**

v.

DAVID GREENBAUM and DEBBY RATH,
as Parents and natural guardians of R.G., a
minor; MARTY MELTON, in his individual
capacity and MARTY MELTON in his
capacity as the Personal Representative
of the Estate of Sandra Rostig, deceased,

    Defendants.
_____/

**SUPPLEMENT TO
MARTY MELTON'S MOTION TO COMPEL DISCOVERY
TO DAVID GREENBAUM AND MOTION TO EXTEND
DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS**

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for MELTON has conferred with counsel for Defendant DAVID GREENBAUM, who has advised:

(1) As to the Motion to Compel Discovery, Defendant objects to the written discovery requests without Court Order based on the contention that the stay of the proceedings necessitated the re-service of pleadings once the case was reinstated; and

(2) As to the Motion to Extend Discovery Deadline to Complete Depositions, Defendant has no objection to extending the deadline through January 15, 2022, for the sole purpose of completing the depositions of DAVID GREENBAUM, MARTY MELTON, and witnesses listed on Defendant GREENBAUM's Updated Rule 26 Disclosures. The parties agree that the deposition testimony will not be used in connection with the pending Motion for Summary Judgment.

Respectfully submitted,

/s/ *Jeffrey A. Eisel*
Jeffrey A. Eisel, Esq.
Florida Bar No. 92365
BASKIN EISEL RIGHTMYER
Attorneys at Law
14020 Roosevelt Boulevard, Suite 808
Clearwater, FL  33762
Telephone: 727-572-4545
Facsimile:  727-572-4646
Primary Email Address:
jeisel@baskineisel.com
Secondary Email Addresses:
kathleen@baskineisel.com
eservice@baskineisel.com
Counsel for Counter-Plaintiff,
MARTY MELTON

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November  8 , 2021, I electronically filed the foregoing "*SUPPLEMENT TO MARTY MELTON'S MOTION TO COMPEL DISCOVERY TO DAVID GREENBAUM AND MOTION TO EXTEND DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS*" with the Clerk of Court by using the CM/ECF System, which will then send a notice of electronic filing to all counsel of record listed below:

> William J. Cook, Esq.
> Barker Cook
> 501 E. Kennedy Blvd., Suite 1040
> Tampa, FL 33602
> wcook@barkercook.com
> susan@barkercook.com

> /s/ *Jeffrey A. Eisel*
> Jeffrey A. Eisel Esq.
> BASKIN EISEL RIGHTMYER
> Attorneys at Law