UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIFE INSURANCE COMPANY
OF THE SOUTHWEST,
a Texas insurance corporation,

    Plaintiff,                                  Case No.  8:20-cv-00888-MSS-JSS

v.

DAVID GREENBAUM and DEBBY RATH, as
Parents and natural guardians of
R.G., a minor; MARTY MELTON; and
JOHN DOE, in his capacity as the Personal
Representative of the Estate of Sandra Rostig,
deceased,

    Defendants.
_____/

## JOINT NOTICE OF RESOLUTION

      David Greenbaum and Marty Melton, by and through their undersigned counsel, pursuant to Local Rule 3.09, hereby notify the Court that they have reached a settlement in principle for the disbursement of funds held in the Court's registry. The final settlement is subject to the parties' agreement to final settlement terms and the Court's approval of the settlement as to the minor, R.G.

| BARKER & COOK, P.A. | BASKIN EISEL RIGHTMYER |
|---|---|
| /s/ William J. Cook<br>William J. Cook, Esquire<br>Florida Bar No. 986194<br>610 East Zack Street, Suite 505<br>Tampa, Florida 33602<br>Telephone:  (813) 489-1001<br>Facsimile:  (813) 489-1008<br>wcook@barkercook.com<br>Attorneys for Defendant,<br>DAVID GREENBAUM, as parent and natural guardian of R.G., a minor | /s/ Jeffrey A. Eisel<br>Jeffrey A. Eisel, Esquire<br>Florida Bar No. 92365<br>14020 Roosevelt Boulevard, Suite 808<br>Clearwater, FL 33762<br>Telephone: 727-572-4545<br>Facsimile: 727-572-4646<br>jeisel@baskineisel.com<br>kathleen@baskineisel.com<br>eservice@baskineisel.com<br>Counsel for Defendant, MARTY MELTON |
| January 10, 2022<br>Date | January 10, 2022<br>Date |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed and served by electronic notification to all counsel listed on the Court's CMECF system, on this __10th__ day of January, 2022.

By: /s/ William J. Cook
William J. Cook, Esquire