UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LIFE INSURANCE COMPANY OF THE SOUTHWEST**, a Texas insurance corporation,

    Plaintiff,

v.                                          Case No: 8:20-cv-888-T-35JSS

**DAVID GREENBAUM**, as parent and natural guardian of R.G., a minor, **DEBBY RATH**, as parent and natural guardian of R.G., a minor, **MARTY MELTON**, and **MARTY MELTON**, in his capacity as the Personal Representative of the Estate of Sandra Rostig, deceased,

    Defendants.

## ORDER

On January 10, 2022, the Parties filed a Joint Notice of Resolution, informing the Court that this case has settled, subject to the Parties' agreement to final settlement terms and the Court's approval of the settlement as to the minor, R.G. (Dkt. 95) Therefore, it is hereby **ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **STAYED** for thirty (30) calendar days from the date of this Order to allow the Parties

to file a Joint Motion to Approve Settlement Agreement.  David Greenbaum's Motion for Summary Judgment, (Dkt. 85), is **DENIED AS MOOT**.

    **DONE** and **ORDERED** in Tampa, Florida, this 11th day of January 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party