Filing # 106879037 E-Filed 04/30/2020 08:55:14 AM

FILED  05/14/2020 08:35:36 KEN BURKE, CLERK OF THE CIRCUIT COURT AND COMPTROLLER, PINELLAS COUNTY FLORIDA

IN THE CIRCUIT COURT FOR __Pinellas__ COUNTY, FLORIDA

IN GUARDIANSHIP OF

R▮▮▮ G▮▮▮▮▮▮▮

PROBATE DIVISION

File No. __20-003820-GD__

Division _____

## LETTERS OF GUARDIANSHIP OF THE PROPERTY OF MINOR

TO ALL WHOM IT MAY CONCERN:

WHEREAS, __David M. Greenbaum__ _____

_____

has been appointed guardian of the property of __R▮▮▮ G▮▮▮▮▮▮__ _____

(the Ward), and has taken the prescribed oath and performed all other acts prerequisite to issuance of letters of guardianship of the property of the Ward,

NOW THEREFORE, I, the undersigned circuit judge, declare __David M. Greenbaum__ _____

_____

duly qualified under the laws of the State of Florida to act as guardian of the property of __R▮▮▮ G▮▮▮▮▮▮__ _____,

a minor, with full power to exercise all delegable legal rights and powers of the Ward pertaining to the Ward's property, to administer the property of the Ward according to law, and to take possession of and to hold for the benefit of the Ward, all the property and income of the Ward.

ORDERED on _____, _____.

05/13/2020 03:52:34 PM

_Pamela A.M. Campbell, Circuit Judge_
05/13/2020 15:52:33 522020GA003820XXGDXX

Circuit Judge

**EXHIBIT A**

cc: Russell R. Winer, Esq.

Bar Form No. G-3.113
January 1, 2020        d/s

***ELECTRONICALLY FILED 04/30/2020 08:55:13 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

Filing # 107643288 E-Filed 05/18/2020 06:09:46 PM

FILED 05/21/2020 08:41:08 KEN BURKE, CLERK OF THE CIRCUIT COURT AND COMPTROLLER, PINELLAS COUNTY FLORIDA

IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION

IN RE:     Guardianship of

R█████ G███████         )
                        )
      A Minor           )    FILE NO. 20-003820-GD
                        )
                        )

### Order Authorizing Guardian to Retain Counsel and Defend Interpleader

This cause came on to b[e heard on] the Petition of David M. Greenbaum, Guardian of the property of R█████ G███████ a Minor, and the Court being fully advised in the premises, it is:

Ordered and Adjudged:

1. Guardian is authorized to executed the representation agreement and retain the services of William J. Cook of Barker Cook to defend the action in US District Court for the Middle District of Florida, Case 8:20-cv-00888.

2. If Guardian pays the retainer from his personal funds he may petition for reimbursement when funds become available.

DONE AND ORDERED in Chambers

05/20/2020 03:24:18 PM

*Pamela A.M. Campbell, Circuit Judge*
05/20/2020 15:24:17 522020GA003820XXGDXX

Circuit Judge

Copies to: Russell R. Winer, Esq.