UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIFE INSURANCE COMPANY
OF THE SOUTHWEST, a
Texas insurance corporation,

    Plaintiff,                               **CASE NO. 8:20-cv-00888-MSS-JSS**

v.

DAVID GREENBAUM and DEBBY RATH,
as Parents and natural guardians of R.G., a
minor; MARTY MELTON, in his individual
capacity and MARTY MELTON in his
capacity as the Personal Representative
of the Estate of Sandra Rostig, deceased,

    Defendants.
_____/

MARTY MELTON a/k/a MARTIN MELTON,
Individually and as Personal
Representative of the Estate of Sandra Rostig,

    Cross-Plaintiff/Counter-Plaintiff/Cross-Defendant,

v.

LIFE INSURANCE COMPANY OF
THE SOUTHWEST, a Texas
insurance corporation,

    Counter-Defendant,

and

DAVID GREENBAUM and DEBBY RATH,
as Parents and natural guardians of R.G., a minor,

    Cross-Defendants/Cross-Plaintiff.
_____/

## **SETTLEMENT AGREEMENT**

The following parties (each a "Party" and together, the "Parties") hereby enter into this Settlement Agreement (the "Agreement") to resolve any and all disputes that were or could have



been brought in the above-styled action: MARTY MELTON, a/k/a MARTIN MELTON, Cross-Plaintiff/Counter-Plaintiff/Cross-Defendant/Counter-Defendant, and DAVID GREENBAUM, as Parent and Natural Guardian of R.G., a Minor, Cross-Defendant/Counter-Defendant/Cross-Plaintiff/Counter-Plaintiff. In consideration of the mutual terms and conditions stated below and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties execute this Agreement and agree:

1. **Payment to MARTY MELTON.** MARTY MELTON shall receive the sum of TWENTY THOUSAND TWO HUNDRED AND FIFTY and No/100 Dollars ($20,250.00) from the funds currently deposited in the Court Registry.

2. **Payment to R.G.** DAVID GREENBAUM, as Guardian of the Property of R.G., shall receive all the funds remaining the Court Registry after the payment to MARTY MELTON, which funds shall be deposited into the restricted depository pursuant to the Order Appointing Guardian of Property of Minor entered in Pinellas County Probate Division Case No. 20-003820-GD.

3. **No Admission of Wrongdoing.** This Agreement is the result of a compromise and shall never at any time for any purpose be considered an admission of the truth of the allegations, claims, or contentions of the Parties.

4. **Attorneys' Fees and Costs.** Except as otherwise provided herein, each Party shall be responsible for their own attorneys' fees and costs.

5. **Waivers and Releases.** Each Party acknowledges that on his own behalf, as well as on the behalf of his present and former predecessors, successors, assigns, representatives, attorneys and agents, that he does hereby irrevocably release, acquit, waive, hold harmless, and forever discharge all other Parties and their predecessors, successors, assigns, representatives,

counterparts, each of which shall be considered to be an original Agreement, but all of which when taken together, shall constitute a single Agreement.

      f.    Successors and Assigns. The Parties hereby bind their successors, assigns, heirs and beneficiaries regarding any and all terms and conditions of this Agreement.

      g.    Venue and Jurisdiction. Any judicial or other proceeding related to any disputes or conflicts regarding this Agreement shall be filed in the United States District Court, Middle District of Florida, Tampa Division. The Parties to this Agreement hereby waive any and all rights to pursue any judicial action regarding this Agreement in any venue or court other than those stated above.

      h.    Attorneys' Fees and Costs of Enforcement. Should any Party institute proceedings for the enforcement of this Agreement or otherwise file any legal proceedings related to the terms and obligations created by this Agreement, the prevailing Party in any enforcement proceeding shall be entitled to payment of their reasonable attorney's fees and costs from the non-prevailing Parties.

      i.    Court to Retain Jurisdiction. The Parties acknowledge and agree that the Court shall retain jurisdiction to approve and enforce any or all of this Agreement, and this Agreement may be introduced into evidence in court if and when necessary, by any Party.

READ, AGREED, UNDERSTOOD AND SIGNED VOLUNTARILY BY THE PARTIES.

**SIGNATURES ON FOLLOWING PAGE**

_____
RAY MELTON, as Attorney-in-Fact for
MARTY MELTON, a/k/a MARTIN
MELTON, Cross-Plaintiff/Counter-
Plaintiff/Cross-Defendant

DATED: January _____, 2022


*[signature: David Greenbaum]*
_____
DAVID GREENBAUM, as Parent and
Natural Guardian of R.G., a Minor, Cross-
Defendant/Counter-Defendant/Cross-Plaintiff

DATED: January  18 , 2022

_____, AS AGENT UNDER THE DURABLE POWER OF ATTORNEY FOR MARTIN A. MELTON
RAY MELTON, as Attorney-in-Fact for
MARTY MELTON, a/k/a MARTIN
MELTON, Cross-Plaintiff/Counter-
Plaintiff/Cross-Defendant

DATED: January 18, 2022




_____
DAVID GREENBAUM, as Parent and
Natural Guardian of R.G., a Minor, Cross-
Defendant/Counter-Defendant/Cross-Plaintiff


DATED: January _____, 2022