Filing # 106879037 E-Filed 04/30/2020 08:55:14 AM

FILED 05/14/2020 08:35:13 KEN BURKE, CLERK OF THE CIRCUIT COURT AND COMPTROLLER, PINELLAS COUNTY FLORIDA

IN THE CIRCUIT COURT FOR __Pinellas__ COUNTY, FLORIDA

IN RE: GU___ 'IIP OF
R___ G___

PROBATE DIVISION

File No. __20-003820-GD__

Division _____

## RESTRICTED
### ORDER DESIGNATING DEPOSITORY FOR ASSETS

On the petition of __David M. Greenbaum__ ,

as guardian of the property of __R___ G_____

(the Ward) for authorization to deposit assets belonging to the Ward described as:

**IRA Beneficiary Proceeds -- Approximately $42,000**
**Annuity Beneficiary Proceeds -- Approximate $80,000**
**all additional Property from inheritance -- Value Unknown**

with __Republic Bank__

__7800 Seminole Blvd, Seminole, FL  33772__

(Name and address of Depository)
as a depository as provided by Florida Statutes Section 69.031 and 744.351(6), it is

ADJUDGED:

1. __Republic Bank__

is designated as the depository for said assets, and it is hereby authorized and directed to receive and hold in safekeeping as depository, pursuant to the provisions of Florida Statutes Sections 69.031 and 744.351(6), such assets of the Ward to be held by said depository subject to such instructions by the guardian of the property of the Ward as authorized by orders of this court directed to the depository, and to permit withdrawal thereof only upon order of this court.

Bar Form No. G-4.085- 1 of 2
January 1, 2020     d/s


EXHIBIT C

2. A copy of this order shall be delivered to the depository and the depository shall file with this court, if it has not already done so, its acceptance or rejection within fifteen (15) days of receipt of a copy of this order.

3. Any person or entity having possession or control of any assets of the Ward described in this order or owing interest, dividends, principal or other debts on account thereof, shall, upon the demand of the depository designated herein or the guardian, pay and deliver such assets, interest, dividends, principal or other debts to the depository, and the receipt by the designated depository shall relieve the person or entity from all further responsibility.

4. Upon receipt of assets of the Ward, the depository shall file with this court its receipt therefor and serve a copy on the guardian of the property.

ORDERED on _____, ____.    05/13/2020 03:51:32 PM

*[signature]*
Pamela A.M. Campbell, Circuit Judge
05/13/2020 15:51:31 522020GA003B28XXGDXX

Circuit Judge

cc: Russell R. Winer, Esq.

Bar Form No. G-4,085- 2 of 2
January 1, 2020    d/s

